PER CURIAM.

(No. 75-CC-723—

ZIEBART AUTO-TRUCK RUSTPROOFING, Claimant, *vs.* STATE OF
ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed April 28, 1975.*

ZIEBART AUTO-TRUCKING RUSTPROOFING, Claimant,
pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J.
KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-780—

THE ROCKFORD STORE, Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF CHILDREN AND FAMILY SERVICES,
Respondent.

*Opinion filed April 28, 1975.*

THE ROCKFORD STORE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J.
KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.